1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MAURICIO HERRERA HERNANDEZ, | Case No. 2:23-cv-07747-SPG-AJR |
| --- | --- |
| Petitioner, | **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| B. BIRKHOLZ, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing objections to the Report and Recommendation has passed and no objection has been received.[1]  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss the Petition is GRANTED.

IT IS FURTHER ORDERED that this action be dismissed WITH

---

[1] On January 24, 2024, the Report and Recommendation served on Petitioner was returned as undeliverable. (Dkt. 11.) It appears Petitioner is no longer in custody, which would render his Petition for earned time credits moot.  Petitioner has not provided an updated address within 14 days as required by Local Rule 41-6.

PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 14, 2024

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE