JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO HERRERA HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>B. BIRKHOLZ,<br><br>　　　　Respondent. | Case No. 2:23-cv-07747-SPG-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED WITH PREJUDICE.

DATED: February 14, 2024

_____
SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE